UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| RE: THE ROMAN CATHOLIC ARCHBISHOP OF SF, | Case No. 25-cv-08566-WHO<br><br>RE: The Roman Catholic Archbishop of SF<br>Bankruptcy Case: 23-30564<br>Adversary No.:<br>BAP No.:<br>Appellant: Chicago Insurance Co, Firemans Fund Ins Co, Westport Insurance Corp fka Employers Reinsurance Corp and Appalachian Insurance Co |
|---|---|

The appeal has been assigned to the Honorable William H. Orrick.

Unless the court orders otherwise, parties must comply with the briefing schedule below. Documents filed must comply with the content and form required by Bankruptcy Rules 8014-8018. Upon completion of the briefing, the matter will be set for hearing unless the judge determines that oral argument is unnecessary under the Bankruptcy Local Rules.

| Case management event | Deadline |
|---|---|
| Last day to for Appellant to file principal brief | 30 days after notice filed on this District Court's docket that the record is available electronically |
| Last day for Appellee to file principal and response brief (If Appellee has filed a cross-appeal, this brief shall contain both the arguments pertinent to the cross-appeal and the response to the appellant's brief.) | 30 days after service of Appellant's brief |
| Last day for Appellant to file response and reply brief | 30 days after service of Appellee's brief |
| Last day for Appellee to reply brief | 14 days after service of the appellant's response and reply brief (and no later than 7 days before any scheduled argument) |