James I. Stang (CA Bar No. 94435)
Brittany M. Michael (*Pro Hac Vice pending*)
Gail Greenwood (CA Bar No. 169939)
PACHULSKI STANG ZIEHL & JONES LLP
One Sansome Street, 34th Floor, Suite 3430
San Francisco, California 94104-4436
Telephone: 415-263-7000
Email:  jstang@pszjlaw.com
        bmichael@pszjlaw.com
        ggreenwood@pszjlaw.com

Timothy W. Burns (*Pro Hac Vice pending*)
Jesse J. Bair (*Pro Hac Vice pending*)
BURNS BAIR LLP
10 East Doty Street, Suite 600
Madison, Wisconsin 53703-3392
Telephone: 608-286-2808
Email: tburns@burnsbair.com
       jbair@burnsbair.com

Attorneys for the Official Committee of
Unsecured Creditors

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>  Debtor.<br><br>CHICAGO INSURANCE COMPANY, *et al.*,<br><br>  Appellants.<br><br>vs.<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, *et al.*,<br><br>  Appellees. | Case No. 25-cv-08566-WHO<br><br>**APPELLEE THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS AND CITIZENSHIP** |

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Pursuant to Civil L.R. 3-15, the undersigned certifies on behalf of appellee The Official Committee of Unsecured Creditors of the Roman Catholic Archbishop of San Francisco (the "Appellee" or the "Committee"), that the approximately 540 child sexual abuse survivors who have submitted confidential proofs of claim (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in the subject matter or in a party that could be substantially affected by the outcome of this proceedings. Due to confidentiality concerns, survivors' information is available upon request.  *See Order: (1) Fixing Time for Filing Proofs of Claim; (2) Approving Proof of Claim Forms; (3) Providing Confidential Protocols; and (4) Approving Form and Manner of Notice*, Bankr. N.D. Cal. 23-30564, ECF No. 337, at para 18.

Dated:  October 28, 2025               PACHULSKI STANG ZIEHL & JONES LLP

                                                            By     */s/ Gail S. Greenwood*
                                                                              James I. Stang
                                                                              Brittany M. Michael
                                                                              Gail S. Greenwood

                                                                              &

                                                                              BURNS BAIR LLP
                                                                              Timothy W. Burns (*Pro Hac Vice pending*)
                                                                              Jesse J. Bair (*Pro Hac Vice pending*)

                                                                              Counsel for the Official Committee of Unsecured Creditors