James I. Stang (CA Bar No. 94435)
Brittany M. Michael *(Pro Hac Vice)*
Gail Greenwood (CA Bar No. 169939)
PACHULSKI STANG ZIEHL & JONES LLP
One Sansome Street, 34th Floor, Suite 3430
San Francisco, CA  94104-4436
Email: jstang@pszjlaw.com
       bmichael@pszjlaw.com
       ggreenwood@pszjlaw.com

Timothy W. Burns (Pro Hac Vice pending)
Jesse J. Bair (Pro Hac Vice pending)
BURNS BAIR LLP
10 East Doty Street, Suite 600
Madison, Wisconsin 53703-3392
Telephone: 608-286-2808
Email: tburns@burnsbair.com
       jbair@burnsbair.com

*Attorneys for The Official
Committee of the Unsecured Creditors*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor.<br>CENTURY INDEMNITY COMPANY, *et al.*,<br><br>Appellants.<br><br>vs.<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, *et al.*,<br><br>Appellees. | Case No. 25-cv-08566-WHO<br><br>**CERTIFICATE OF SERVICE** |

4902-0835-6470.1 05068.002

STATE OF CALIFORNIA       )
                          )
CITY OF SAN FRANCISCO     )

I, Matt Renck, am employed in the city and county of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is One Sansome Street, 34th Floor, Suite 3430, San Francisco, CA 94104-4436.

On October 31, 2025, I caused to be served the following documents in the manner stated below:

- **CORPORATE DISCLOSURE STATEMENT OF APPELLEE THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

- **APPELLEE THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS AND CITIZENSHIP**

| | |
|---|---|
| ☒ | TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): Pursuant to controlling General Orders and LBR, the foregoing document was served by the court via NEF and hyperlink to the document. On **October 31, 2025** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below |
| ☐ | (BY OVERNIGHT DELIVERY) By sending by FedEx and/or USPS Express Mail to the addressee(s) as indicated on the attached list. |
| ☐ | (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. |
| ☐ | (BY EMAIL) I caused to be served the above-described document by email to the parties indicated on the attached service list at the indicated email address. |

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on October 31, 2025 at San Francisco, California.

*/s/ Matthew Renck*
Legal Assistant

4902-0835-6470.1 05068.002                    2

**VIA ECF SERVICE**

- **John Bucheit**
  jbucheit@phrd.com
- **Amanda L. Cottrell**
  acottrell@sheppardmullin.com,jherschap@sheppardmullin.com
- **Todd C. Jacobs**
  tjacobs@phrd.com,ssnead@phrd.com
- **Ori Katz**
  okatz@sheppardmullin.com,lsegura@sheppardmullin.com
- **Jeannie Kim**
  jekim@sheppardmullin.com
- **Alan Hugh Martin**
  AMartin@sheppardmullin.com,clopez@sheppardmullin.com

- **Paul Joseph Pascuzzi**
  ppascuzzi@ffwplaw.com,docket@ffwplaw.com
- **Jason Edward Rios**
  jrios@ffwplaw.com,sdarms@ffwplaw.com,jfluken@ffwplaw.com
- **Matthew Gregory Roberts**
  mroberts@phrd.com,elyttle@phrd.com
- **Matthew Michael Weiss**
  mweiss@phrd.com,elyttle@phrd.com
- **Harris B. Winsberg**
  hwinsberg@phrd.com
-